UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § CIVIL ACTION NO. H-07-1619 |
| v. | § |
| $29,567, U.S. CURRENCY, | § |
| | § |
| Defendant. | § |

## FINAL JUDGMENT

On October 16, 2008, the Court entered a Default Judgment (Doc. No. 6). Pursuant to this Judgment, the Court now enters a Final Judgment in this cause. Therefore, this Judgment is now a final, appealable judgment.

IT IS SO ORDERED.

SIGNED this 29th day of October, 2008.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER
SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND
AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT
ONE BY THE COURT.